**SKF USA INC. and SKF Sverige AB, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant,**

and

**The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.**

**SKF Usa Inc. and SKF Sverige AB, Plaintiffs–Appellants,**

v.

**United States, Defendant–Appellee,**

and

**The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Cross Appellant.**

**Nos. 01–1295, 01–1294, 01–1296.**

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Herbert C. Shelley, Alice A. Kipel, Steptoe & Johnson, Washington, DC, Plaintiffs–Appellants SKF Sverige AB and SKF USA Inc.

Terence P. Stewart, Stewart and Stewart, Washington, DC, Defendant–Cross Appellant/Defendant The Torrington Company.

Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, Stewart and Stewart, Washington, DC, Defendant–Cross Appellant The Torrington Company.

Velta A. Melnbrencis, Department of Justice, Washington DC, Defendant–Cross Appellant/Defendant United States.

Ada E. Bosque, David M. Cohen, Department of Justice, Berniece A. Browne, David R. Mason, John D. McInerney, John F. Koeppen, Department of Commerce, Washington DC, Defendant–Cross Appellant United States.

### ORDER

Upon consideration of SKF USA Inc. et al.'s unopposed motion to sever and volun-

tarily dismiss appeal 01–1294, and The Torrington Company's unopposed motion to sever and voluntarily dismiss appeal 01–1296,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 01–1294, – 1296.

(2) The United States is requested to inform this court, within 14 days of the date of filing of this order, how it believes that appeal 01–1295 should proceed.

(3) The revised official captions are reflected above.